No. 75–1464. UNITED STATES v. McCRANE. C. A. 3d Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of United

*States* v. *Agurs, ante,* p. 97.